IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LEONARD LEE ROGERS                                                                       PLAINTIFF

V.                                    CASE NO. 3:23-CV-03034

BOONE COUNTY, ARKANSAS;
BOONE COUNTY SHERIFF'S DEPARTMENT;
GOVERNOR SARAH SANDERS;
PRESIDENT JOE BIDEN, United States;
ASSISTANT JAIL ADMINISTRATOR JASON SILVA;
SHERIFF MARTIN, Boone County, Arkansas;
SERGEANT HARP, Boone County
Detention Center (BCDC);
DETENTION OFFICER MS. P., BCDC;
OFFICER TREAT, BCDC;
OFFICER LANCE COTTRELL, BCDC;
OFFICER BRANDON COTTRELL, BCDC;
CORPORAL HONEYMAN, BCDC;
JUDGE PUTTMAN, Boone County, Arkansas;
INVESTIGATOR MS. ISABELL;
CORPORAL ADMIRE, BCDC;
JANE DOE, BCDC; OFFICER MIXON, BCDC;
OFFICER PHILLIPS, BCDC;
OFFICER BIGNER, BCDC;
SERGEANT B, BCDC;
TURN KEY MEDICAL, Medical Care Provider
for Boone County, Arkansas;
JAIL ADMINISTRATOR JASON DAY, BCDC;
and OFFICER MRS. TREAT                                                                 DEFENDANTS

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 8) filed on September 15, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  No objections to the R&R were filed by any party.

Having reviewed the case, the Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Upon initial screening pursuant to 28 U.S.C. § 1915A, **IT IS THEREFORE ORDERED** that:

- All claims against President Biden are dismissed.
- All claims against Governor Sanders are dismissed.
- All claims against the Boone County Sheriff's Department are dismissed.
- All claims against Judge Puttman are dismissed.
- All individual capacity claims against Assistant Administrator Silva and Administrator Day are dismissed.
- Except for Claim Two, the remaining individual capacity claims against Sheriff Martin are dismissed.
- Claims Six and Seven are dismissed.
- All claims against the following Defendants are dismissed: Sergeant Harp; Officer Mrs/Ms. P; Officer Lance Cottrell; Officer Brandon Cottrell; Corporal Honeyman; Investigator Ms. Isabell; Corporal Admire; Jane Doe; Sergeant B.; Turn Key Medical; Officer Mixon, Officer Bigner, Officer Phillips, and Officer Mrs. Treat.

Once the above issues and parties are dismissed, the following claims are left for adjudication:

- the individual capacity claim against Officer Treat (Claim One);
- the individual capacity claim against Sheriff Martin (Claim Two); and
- the official capacity claims against Sheriff Martin, Jail Administrator Day, and Assistant Administrator Silva (Claims One through Five).

By separate Order the Amended Complaint will be served on these four Defendants.

**IT IS SO ORDERED** on this 4th day of October, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE