**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**LEONARD LEE ROGERS**                                                                                      **PLAINTIFF**

V.                                            **CASE NO. 3:23-CV-3034**

**ASSISTANT JAIL ADMINISTRATOR JASON SILVA;**
**SHERIFF ROY MARTIN;**
**OFFICER TONYA TREAT; and**
**JAIL ADMINISTRATOR JASON DAY**                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 23) filed in this case on June 3, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, Defendant's Motion to Dismiss (Doc. 21) is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 25th day of June, 2024.

                                                                    */s/ Timothy L. Brooks*
                                                                    TIMOTHY L. BROOKS
                                                                    UNITED STATES DISTRICT JUDGE